IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FREDDIE JORDAN,

    Plaintiff,

V.

    CASE NO. C2-10-1038
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE E. A. PRESTON DEAVERS

THE OHIO STATE UNIVERSITY,

    Defendant.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

11-22-2010
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE